JULY 29, 1987

No. A–909. POLYAK v. HAMILTON, JUDGE, CIRCUIT COURT OF LAWRENCE COUNTY, ET AL. C. A. 6th Cir. Motion to compel the Clerk to docket a jurisdictional statement and a petition for writ of certiorari, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–910. POLYAK v. BUFORD EVANS & SONS. Motion to compel the Clerk to file a petition for writ of common-law certiorari, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–934. STEIN v. UNITED STATES. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–8 (86–7154). WHITE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, addressed to JUSTICE BRENNAN and referred to the Court, denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application.

No. D–597. IN RE DISBARMENT OF FABRÉ. Disbarment entered. [For earlier order herein, see 479 U. S. 1026.]

No. D–612. IN RE DISBARMENT OF BING. Disbarment entered. [For earlier order herein, see 480 U. S. 913.]

No. D–620. IN RE DISBARMENT OF DeCELLO. Disbarment entered. [For earlier order herein, see 480 U. S. 943.]

No. D–624. IN RE DISBARMENT OF HALLOWS. Disbarment entered. [For earlier order herein, see 481 U. S. 1002.]

No. D–626. IN RE DISBARMENT OF MAZELIS. Disbarment entered. [For earlier order herein, see 481 U. S. 1002.]

No. D–629. IN RE DISBARMENT OF MIRTO. Disbarment entered. [For earlier order herein, see 481 U. S. 1011.]

No. D–631. IN RE DISBARMENT OF BURKE. Disbarment entered. [For earlier order herein, see 481 U. S. 1027.]